No. 487. NATIONAL BANK OF WASHINGTON ET AL. *v.* McGETTIGAN ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Paul R. Connolly* for petitioners. *Harry W. Goldberg* and *Morris Altman* for respondents.

No. 500. R. A. HOLMAN & Co., INC., *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Milton V. Freeman, Edgar H. Brenner* and *Stuart J. Land* for petitioner. *Solicitor General Cox, Philip A. Loomis, Jr.* and *David Ferber* for respondents.

No. 502. CLARK *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Morris Lavine* for petitioner.

No. 504. MATTHEWS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *I. William Stempil* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 512. BEACH *v.* DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Ford E. Young, Jr.* for petitioner. *Chester H. Gray, Milton D. Korman* and *Hubert B. Pair* for respondent.

No. 543, Misc. MIXON *v.* PENN STEVEDORES CORP. C. A. 2d Cir. Certiorari denied.